**Order entered October 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00950-CV

### IN THE INTEREST OF H.S., A MINOR CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-22239-U**

## ORDER

The Court has before it appellee the State of Texas's October 14, 2016, First Motion to Extend Time to File Brief. We **GRANT** the motion. Appellee's brief is to be file on or before **October 21, 2016**.

/s/      MOLLY FRANCIS
         JUSTICE